[No. 73641-8-I.   Division One.   November 7, 2016.]

KALEVA LIIKANE ET AL., *Appellants*, v. THE CITY OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-05494-5, Samuel Chung, J., entered May 29, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach and Spearman, JJ.

[No. 73720-1-I.   Division One.   November 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN E. INGALLS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-00443-0, David A. Kurtz, J., entered June 23, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Leach, J.

[No. 73741-4-I.   Division One.   November 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT STERLING HALL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-06098-6, Samuel Chung, J., entered July 22, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Schindler, JJ.

[No. 73796-1-I.   Division One.   November 7, 2016.]

CALIBRATE PROPERTY MANAGEMENT, LLC, *Respondent*, v. MICHAEL NHYE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-13447-7, Tanya Thorp, J., entered June 25, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Appelwick and Leach, JJ.